■ KAREN R. PREZIUSO, Respondent, v ROBERT S. JONES, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs *(see, McLeod v Akins,* 148 AD2d 962, 963). (Appeal from order of Erie County Family Court, Trost, H.O. —paternity.) Present—Dillon, P. J., Callahan, Doerr, Pine and Lawton, JJ.